IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-00159-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS RUDOLPH KEYS, | ) | |
| Defendant. | ) | |

This matter is before the court on Marcus Rudolph Keys' Motion to Unseal [DE-124]. In his motion, Keys requests that the seal be removed from the May 2, 2000 court transcripts. *Id.* at 2. The court finds that Keys has failed to show good cause for his request. Consequently, Keys' Motion to Unseal [DE-124] is DENIED.

SO ORDERED.

This, the 22 day of November, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge