IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-00159-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS RUDOLPH KEYS, | ) | |
| Defendant. | ) | |

This matter is before the court on Marcus Rudolph Keys' Motion to Reconsider [DE-126]. Keys requests that the seal be removed from the May 2, 2000 court transcript. This court denied Keys' request on November 22, 2016 [DE-125], and he has moved to reconsider. The court finds that Keys has failed to show good cause for his request to unseal a transcript that was sealed by the court more than sixteen years ago. Keys is advised to get the information contained in the sealed transcript from other sources, such as from his criminal defense attorney, Walter Hoyt Paramore, III of Jacksonville, North Carolina. Consequently, Keys' Motion to Reconsider [DE-126] is DENIED.

SO ORDERED.

This, the 13 day of December, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge